## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV17-02449-JGB(SHKx) | Date | September 17, 2018 |
|---|---|---|---|
| Title | *Rick Hollis v. Union Pacific Railroad Company, et al.* | | |

| Present: The Honorable | JESUS  G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| John Lopez/Maynor Galvez | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Craig J. Ackerman<br>David S. Winston<br>Johnathan Melmed | Amanda C. Sommerfeld |

**Proceedings:**      **MOTION FOR ATTORNEY FEES [22]; MOTION FOR ORDER FOR GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT [26]**

Case called.  Counsel state their appearances.  The Court confers with counsel. The Motion for Attorney Fees [22] and Motion for Order for Granting Final Approval of Class Action Settlement [26] are GRANTED.  A separate order will issue.

**IT IS SO ORDERED.**

| | : | 01 |
|---|---|---|
| Initials of Preparer | | JLO |