JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Rick Hollis,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Union Pacific Railroad Co., et al.,<br><br>　　　　　　　　Defendants. | Case No. EDCV 17-02449 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

(1)　GRANTS final approval of the Settlement Agreement;

(2)　AWARDS Class Counsel attorneys' fees in the amount of $361,321.00;

(3)　AWARDS Class Counsel costs in the amount of $6,592.05;

(4)　AWARDS $7,500.00 to Plaintiff Hollis;

(5)　ORDERS the payment of $37,500.00 to the California Labor and Workforce Development Agency;

(6)　ORDERS the payment of $25,000.00 to the claims administrator; and

(7) DISMISSES the Complaint WITH PREJUDICE.

Dated: September 19, 2018

                                                THE HONORABLE JESUS G. BERNAL
                                                United States District Judge